UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DELORES WATTS                          JURY TRIAL DEMANDED

v.                                     CASE NO.  3:11 cv

RIVERWALK HOLDINGS LTD. LIMITED PARTNERSHIP

<u>COMPLAINT</u>

1.      This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq., Connecticut Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder, and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §42-110a.

2.      This Court has jurisdiction.  15 U.S.C. §1692k and 28 U.S.C. §1331 and §1367.

3.      Plaintiff is a natural person and a consumer within the FDCPA, who resides in New London Connecticut.

4.      The Defendant is not licensed as a Consumer Collection Agency by the State of Connecticut, Department of Banking.

5.      Defendant is a member of a collectors' trade organization, ACA International.

6.      Defendant is a "debt collector" as the term is defined in the FDCPA.

7.      In September 2007, plaintiff notified CreditOne Bank that she was represented by counsel in connection with her VISA account ending in 1038 ("the account").

8.      Thereafter, Defendant or Platinum Capital Investments claims to have purchased the account for pennies on the dollar.

9.      On July 30, 2008, plaintiff notified defendant's general partner, Jay Ledford, that she was represented by counsel in connection with the account.

10.     Thereafter, defendant continued efforts to collect by requesting various collection agencies to contact plaintiff about the account despite notice of her representation by counsel.

11.     Defendant's most recent efforts to collect the account occurred in 2011.

12.     Defendants' collection efforts violated 15  U.S.C. §1692e, –f, or -g.

 SECOND COUNT

13. The allegations of the First Count are  repeated and realleged.

14.     Within  three years prior to the  date  of  this action, Defendant violated the CCPA or  committed unfair or deceptive  acts  or  practices  in collection efforts within the meaning of  the CUTPA, causing ascertainable loss to plaintiff.

WHEREFORE plaintiff respectfully requests this Court to:

   1.  Award plaintiff  such compensatory and punitive damages as are permitted by law, as well as $1,000 statutory  damages under the FDCPA and $1,000 statutory damages under the CCPA.

   2.  Award the plaintiff costs of suit and a reasonable attorney's fee;

   3.  Award such other and further relief as law or equity may provide.

THE PLAINTIFF

*Joanne S. Faulkner*

BY_____/s/ Joanne S. Faulkner\_\_\_
JOANNE S. FAULKNER ct04137
    123 Avon Street
    New Haven, CT 06511-2422
    (203) 772-0395
    faulknerlawoffice@snet.net